```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 10185
   ROBERT PENNINGTON JR
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-3100

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 06/07/2007 and was confirmed 10/11/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 02/07/2008.
------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
WILSHIRE CREDIT CORP    CURRENT MORTG         .00            .00           .00
WILSHIRE CREDIT CORP    MORTGAGE ARRE     1544.40            .00       1544.40
INTERNAL REVENUE SERVICE NOTICE ONLY    NOT FILED            .00           .00
INTERNAL REVENUE SERVICE UNSECURED           .00             .00           .00
INTERNAL REVENUE SERVICE PRIORITY            .00             .00           .00
ILLINOIS DEPT OF REVENUE UNSECURED         53.16             .00           .00
PHILIP A IGOE           DEBTOR ATTY     3,500.00                           .00
TOM VAUGHN              TRUSTEE                                         105.60
DEBTOR REFUND           REFUND                                             .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 1,650.00

PRIORITY                                              .00
SECURED                                          1,544.40
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                               105.60
DEBTOR REFUND                                         .00
                        --------------         --------------
TOTALS                  1,650.00                 1,650.00




              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 10185 ROBERT PENNINGTON JR
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 05/27/08 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |